IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WELLS,

        Plaintiff,

  v.

PENSKE TRUCK LEASING CORPORATION, et al.,

        Defendants.
_____/

No. C 10-03926 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Quash and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, April 14, 2011 is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 3/28/2011

                                  CLAUDIA WILKEN
                                  United States District Judge

cc: Sue; Assigned M/J w/mo.