JONATHAN ALLAN KLEIN (SBN 162071)
STACEY A. ZARTLER (SBN 160859)
KELLY, HOCKEL & KLEIN P.C.
One Sansome Street, Suite 1800
San Francisco, CA 94104
Tel.:  (415) 951-0535
Fax:  (415) 391-7808
jaklein@khklaw.com
szartler@khklaw.com

Attorneys for Defendant
PENSKE TRUCK LEASING CO., L.P., erroneously sued as
PENSKE TRUCK LEASING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WELLS,

    Plaintiff,

vs.

PENSKE TRUCK LEASING CORPORATION; PENSKE TRUCK LEASING, LLC; and DOES 1-25,

    Defendants.

Case No: C-10-3926 CW (JL)

**STIPULATION AND JOINT REQUEST TO EXTEND DEADLINES**

**Trial Date: October 3, 2011**

    Defendant Penske Truck Leasing Co., L.P., erroneously sued as Penske Truck Leasing Corporation, and Plaintiff Michael Wells, by and through their respective counsel, hereby stipulate and request that the Court continue the discovery and related deadlines in this matter by 25-45 days, as set forth fully herein.  The parties wish to leave the current trial date of October 3, 2011, the September 20, 2011 pre-trial conference, and all associated trial-related filing deadlines, on calendar as scheduled.

    Good cause exists for extending the discovery deadlines inasmuch as lead counsel for Defendant is leaving Kelly, Hockel & Klein, P.C. and the parties have been unable to complete necessary discovery due to the trial schedules of both Plaintiff's counsel and defense counsel.

This is the first request for a continuance of any dates in this matter. The current dates and proposed dates on calendar are as follows:

1. <u>Non-Expert Discovery Cut-Off</u>:

   Current:     May 16, 2011
   Proposed:    June 30, 2011

2. <u>Status Conference and Dispositive Motion</u>:

   Current:     June 2, 2011
   Proposed:    July 12, 2011

3. <u>Expert Disclosures:</u>

   Current:     July 5, 2011
   Proposed:    August 2, 2011

4. <u>Expert Discovery Cut-Off</u>:

   Current:     August 5, 2011
   Proposed:    August 23, 2011


DATED: April __15__, 2011             KELLY, HOCKEL & KLEIN P.C.


                                      _____/S/_____
                                      JONATHAN ALLAN KLEIN
                                      STACEY A. ZARTLER
                                      Attorneys for Defendant
                                      PENSKE TRUCK LEASING CO., L.P.


DATED: April __21__, 2011             ROUDA, FEDER, TIETJEN & MCGUINN


                                      _____/S/_____
                                      JUNE BASHANT
                                      Attorneys for Plaintiff
                                      MICHAEL WELLS

2

STIPULATION AND JOINT REQUEST TO EXTEND DEADLINES            Case No. C 10-3926 CW (JL)

DATED: April ___, 2011      LAW OFFICE OF STEPHEN M. MURPHY

_____
STEPHEN M. MURPHY
Attorneys for Plaintiff
MICHAEL WELLS

## **ORDER**

BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT THE FOLLOWING DEADLINES BE RESCHEDULED AS FOLLOWS:

1. <u>Non-Expert Discovery Cut-Off</u>:      June 30, 2011
2. <u>Further Case Management and Dispositive Motion Hearing</u>: July **14**, 2011
   The motion filing deadline will run back from the July **14** date.
3. <u>Expert Disclosures:</u>      August 2, 2011
4. <u>Expert Discovery Cut-Off</u>:      August 23, 2011

ALL OTHER DATES WILL REMAIN ON CALENDAR AS SCHEDULED.

DATED: _ 4/22/2011      _____
The Honorable Claudia Wilken