United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WELLS,<br><br>  Plaintiff,<br><br> v.<br><br>PENSKE TRUCK LEASING CORPORATION;<br>PENSKE TRUCK LEASING, LLC; and DOES<br>1-25,<br><br>  Defendants. | No. C 10-03926 CW<br><br>ORDER DECLINING<br>THE PARTIES'<br>STIPULATION<br>(Docket No. 42) |

   The parties' stipulation is declined. Docket No. 42. The proposed hearing date will not allow the Court enough time to rule on the motion before the pretrial papers are due. Counsel must seek a continuance of the trial date if they wish to continue the motion. Counsel may consult the courtroom deputy for possible later trial dates.

   IT IS SO ORDERED.

Dated: 6/21/2011

_____
CLAUDIA WILKEN
United States District Judge