June P. Bashant, Esq. (SBN 188496)
**ROUDA, FEDER, TIETJEN & McGUINN**
44 Montgomery Street, 40TH Floor, Suite 4000
San Francisco, California 94104
*Telephone:* 415-398-5398
*Facsimile:* 415-398-8169

Stephen M. Murphy (SBN 103768)
**LAW OFFICES OF STEPHEN M. MURPHY**
180 Montgomery Street, 9th Floor, Suite 940
San Francisco, California 94104
*Telephone:* 415-986-1338
*Facsimile:* 415-986-1231

Attorneys for Plaintiff
MICHAEL WELLS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WELLS, | CASE NO. C 10-03926 CW (JL) |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE TRIAL DATE AND HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND THE CASE MANAGEMENT CONFERENCE |
| vs. | |
| PENSKE TRUCK LEASING CORPORATION, PENSKE TRUCK LEASING LLC, and DOES 1-25, | |
| Defendants. | Trial Date: October 3, 2011 |

Plaintiff Michael Wells, by and through his counsel, hereby requests that the Court continue the hearing on defendant's Motion for Summary Judgment in this matter and the Case Management Conference by 42 days to August 25, 2011, and to revise the related briefing schedule as set forth more fully herein. Defendants' Motion for Summary Judgment and the Case Management Conference are both currently set for July 14, 2011. The new Trial date will be February 6, 2012, the new Pre-Trial date will January 23, 2012.

/ / /

-1-

1  Good cause exists for continuing these matters because plaintiff's counsel Stephen M.
2  Murphy and June Bashant, both have scheduled short vacations during the time period in which
3  the plaintiff's opposition is due. Moreover, plaintiff's counsel Stephen M. Murphy also has
4  depositions in other cases scheduled during this period that will make it difficult to draft and file
5  opposition papers in a timely manner.

6  Defendants Penske Truck Leasing Co., L.P., erroneously sued as Penske Truck Leasing,
7  LLC, and Penske Truck Leasing Corporation have agreed to stipulate to this continuance provided
8  a convenient date for their reply brief is selected, as counsel have pre-scheduled vacations out of
9  the country during the end of July that would not have interfered with the current briefing
10 schedule. If the court does not adopt the proposed timing of the stipulated briefing schedule as set
11 forth herein, Defendants withdraw their stipulated agreement, as Defendants do not wish to and
12 cannot draft the reply brief during their vacations.

13 This is the second request for a continuance of any dates in this matter. The first request
14 was initiated by defense counsel due to the departure of lead counsel from the defense firm. This is
15 the first request for a continuance of any dates initiated by plaintiff.

16 The current dates and proposed dates on calendar are as follows:

17 1. Trial Date:
18    Current:    October 3, 2011
19    Proposed:   February 6, 2012

20 2. Pre-Trial Conference:
21    Current:    September 20, 2011
22    Proposed:   January 23, 2012

23 3. Non-Expert Discovery Cut-Off:
24    Current:    June 30, 2011

25 4. Status Conference and Dispositive Motion Hearing Date
26    Current:    July 14, 2011
27    Proposed:   August 25, 2011

28

5. Proposed Briefing Schedule for Defendant's Motion for Summary Judgment or in the alternative Summary Adjudication.

Plaintiff's current opposition filing date: June 23, 2011

Plaintiff's Proposed opposition filing date: July 7, 2011

Defendant's current Reply filing date: June 30, 2011

Proposed Reply filing date: August 11, 2011

6. Expert Disclosures:

Current:      August 2, 2011

7. Expert Discovery Cut-Off:

Current:      August 23, 2011

DATED: June 21, 2011                                KELLY, HOCKEL & KLEIN P.C. JONATHAN

_____
ALLEN KLEIN
LAURA J. CLARK
Attorneys for Defendants
PENSKE TRUCK CORPORATION and PENSKE TRUCK LEASING CO., L.P.

DATED: June 21, 2011                                ROUDA, FEDER, TIETJEN & MCGUINN

_____
JUNE BASHANT
Attorneys for Plaintiff
MICHAEL WELLS

DATED: June 21, 2011                                LAW OFFICE OF STEPHEN M. MURPHY

_____
STEPHEN M. MURPHY
Attorneys for Plaintiff
MICHAEL WELLS

5. Proposed Briefing Schedule for Defendant's Motion for Summary Judgment or in the alternative Summary Adjudication.

Plaintiff's current opposition filing date: June 23, 2011

Plaintiff's Proposed opposition filing date: July 7, 2011

Defendant's current Reply filing date: June 30, 2011

Proposed Reply filing date: August 11, 2011

6. Expert Disclosures:

   Current: August 2, 2011

7. Expert Discovery Cut-Off:

   Current: August 23, 2011

DATED: June 21, 2011

KELLY, HOCKEL & KLEIN P.C. JONATHAN

*/s/ Laura J. Clark/*

ALLEN KLEIN
LAURA J. CLARK
Attorneys for Defendants
PENSKE TRUCK CORPORATION and PENSKE TRUCK LEASING CO., L.P.

DATED: June 21, 2011

ROUDA, FEDER, TIETJEN & MCGUINN

_____
JUNE BASHANT
Attorneys for Plaintiff
MICHAEL WELLS

DATED: June 21, 2011

LAW OFFICE OF STEPHEN M. MURPHY

_____
STEPHEN M. MURPHY
Attorneys for Plaintiff
MICHAEL WELLS

-3-

Stipulation And ~~Proposed~~ Order Continuing Hearing On Defendant's Motion For Summary Judgment And The Case Management Conference

# [PROPOSED] ORDER

BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT THE FOLLOWING DEADLINES ARE RESCHEDULED AS FOLLOWS:

1. The new Trial date is **February 6, 2012**.
2. The new Pre-Trial Conference date is **January ~~23~~ 24, 2012**.
3. Plaintiff's Opposition to Defendants' Motion for Summary Judgment filing date: **July 7, 2011**;
4. Defendants' Reply Brief in Support of Defendants' Motion for Summary Judgment filing date: **August 11, 2011**;
5. Status Conference: **August 25, 2011**;
6. Dispositive Motions: **August 25, 2011**; and
7. Defendants' Motion for Summary Judgment or In the Alternative Summary Adjudication is hereby rescheduled to **August 25, 2011**. Defendants' do not need to re-notice this Motion.

ALL OTHER DATES WILL REMAIN ON CALENDAR AS SCHEDULED.

DATED: 6/23/2011

*[Signature]*
THE HONORABLE CLAUDIA WILKEN