IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WELLS,                                    No. C 10-03926 CW

    Plaintiff,                                 ORDER

  v.

PENSKE TRUCK LEASING CORPORATION,
et al.,

    Defendants.
_____/

    On November 22, 2011, Counsel for Plaintiff filed a response to the Conditional Order of Dismissal entered by the Court on August 25, 2011.  The Court, at the request of Plaintiff, extends the time to reopen the case.  If any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 60 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: 12/5/2011

                                      CLAUDIA WILKEN
                                      United States District Judge

**United States District Court**
For the Northern District of California